```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01411-MDF
Alyce Jo Lentz                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Sep 30, 2016
                   Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
db          +Alyce Jo Lentz,    610 Lowther Road,    Lewisberry, PA 17339-9525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
           Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Karina Velter    on behalf of Creditor    Structured Asset Investment Loan Trust
            amps@manleydeas.com
           Michael S Travis    on behalf of Debtor Alyce Jo Lentz Mtravislaw@comcast.net
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ALYCE JO LENTZ, :
    Debtor. : CASE NO. 1:16-bk-01411 MDF

## ORDER DENYING CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN AND DIRECTING DEBTOR TO FILE A SECOND AMENDED CHAPTER 13 PLAN

Following a hearing on confirmation of Debtor's First Amended Chapter 13 Plan, and upon consideration of the Objection filed by the Chapter 13 Trustee, the Objection is not ruled upon, and it is hereby:

ORDERED that confirmation of Debtor's First Amended Plan is DENIED, and it is

FURTHER ORDERED that Debtor shall file a Second Amended Chapter 13 Plan within sixty (60) days of the date of this Order or, upon certification of default, the case will be dismissed without further notice or hearing, and it is

FURTHER ORDERED that Debtor shall file 2015 state income tax return within thirty (30) days of the date of this Order or, upon certification of default, the case will be dismissed without further notice or hearing.

By the Court,

Mary D. France
Bankruptcy Judge
(VK)

Date: September 30, 2016