IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALYCE LENTZ | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| U.S. Bank National Association, as Trustee successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASSTHROUGH CERTIFICATE, SERIES 2004-8 | ) ) ) ) ) ) ) ) ) | No. 16-01411 MDF |
| Movant | ) | |
| vs. | ) | Automatic Stay Relief |
| | ) | |
| Alyce Jo Lentz | ) | |
| Debtor/Respondent | ) | |
| | ) | |
| Charles J. DeHart, III | ) | |
| Trustee | ) | |

ANSWER TO
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
U.S. Bank National Association, as Trustee successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST <u>MORTGAGE PASSTHROUGH CERTIFICATE, SERIES 2004-8</u>

    NOW COMES the Debtor, Alyce J. Lentz who answers the motion for automatic stay relief as follows:

    1.    Denied. Strict proof of mortgage ownership is demanded at the time of trial.

    2-5.    Admitted on information and belief.

    6.    Denied. Debtor has made payments according to the schedule attached as Exhibit A.

    7.    Denied. Strict proof of any amounts due are demanded at the time of trial.

    8.    Denied. The documents speak for themselves.

9. Denied. Debtor has not agreed to pay the amounts requested.

10. Denied. Movant has stated a legal conclusion to which no responsive pleading is required.

WHEREFORE, Debtor prays this Honorable Court to DENY the motion for relief.


Date: 10/27/16

/s/ Michael S. Travis
_____
Michael S. Travis
3904 Trindle Road
Camp Hill, PA 17011
717-731-9509
mtravislaw@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALYCE LENTZ ) | |
|         Debtor ) | Chapter 13 |
| ) | |
| U.S. Bank National Association, as Trustee ) | |
| successor in interest to Bank of America ) | |
| National Association, as Trustee, successor by ) | |
| merger to LaSalle Bank National Association ) | |
| as Trustee for STRUCTURED ASSET ) | No. 16-01411 MDF |
| INVESTMENT LOAN TRUST MORTGAGE ) | |
| PASSTHROUGH CERTIFICATE, SERIES ) | |
| 2004-8 ) | |
|         Movant ) | |
| vs. ) | Automatic Stay Relief |
| ) | |
| Alyce Jo Lentz ) | |
|         Debtor/Respondent ) | |
| ) | |
| Charles J. DeHart, III ) | |
|         Trustee ) | |

VERIFICATION

I verify under penalty of perjury the foregoing statements are true and correct.

/s/ Alyce Lentz
_____
Alyce Lentz

Date: 10/26/16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALYCE LENTZ | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | |
| U.S. Bank National Association, as Trustee successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASSTHROUGH CERTIFICATE, SERIES 2004-8 | ) ) ) ) ) ) ) ) | No. 16-01411 MDF |
|     Movant | ) | |
| vs. | ) | Automatic Stay Relief |
| | ) | |
| Alyce Jo Lentz | ) | |
|     Debtor/Respondent | ) | |
| | ) | |
| Charles J. DeHart, III | ) | |
|     Trustee | ) | |

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was served on the below persons by first class U.S. mail, postage prepaid:

Joshua Goldman, Esquire
(electronically served)

Charles J. DeHart, III, Esquire
(electronically served)

Alyce J. Lentz
(electronically served)

                                                /s/ Michael S. Travis
                                                _____
                                                Michael S. Travis
                                                3904 Trindle Road
                                                Camp Hill, PA  17011
                                                717-731-9502

Date:  10/27/16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALYCE LENTZ | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| U.S. Bank National Association, as Trustee successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASSTHROUGH CERTIFICATE, SERIES 2004-8 | ) ) ) ) ) ) ) ) | No. 16-01411 MDF |
| Movant | ) | |
| vs. | ) | Automatic Stay Relief |
| | ) | |
| Alyce Jo Lentz | ) | |
| Debtor/Respondent | ) | |
| | ) | |
| Charles J. DeHart, III | ) | |
| Trustee | ) | |

ORDER

AT HARRISBURG, upon motion for relief from the automatic stay by U.S. Bank, N.A. following an answer by the Debtor Alyce Lentz and opportunity for a hearing thereon, the motion is denied.

By the Court

Exhibit A (will supplement)

ALYCE LENTZ                                16-1411 MDF


DEBTOR'S POST PETITION PAYMENT LOG:
*Payments made since April 4, 2016*

Date paid    Payment Amount                            Check/money order #

10/25/16    $3,500.00                                  148
9/9/16      $2,330.67                                  142
5/3/16      $  559.77                                  132












                                                       EXHIBIT A

Case 1:16-bk-01411-MDF    Doc 31    Filed 10/31/16    Entered 10/31/16 10:00:46    Desc
Main Document    Page 7 of 7