# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ALYCE JO LENTZ,

       Debtor(s)

JOSHUA I. GOLDMAN,

       Movant(s)

vs.

ALYCE JO LENTZ and
CHARLES J. DEHART, III, ESQUIRE
(TRUSTEE),

       Respondent(s)

| | |
|---|---|
| Chapter | 13 |
| Case Number: | 1:16-bk-01411-MDF |
| Document No.: | 29 |
| Nature of Proceeding: | **Motion for Relief from Automatic Stay** |

## ORDER

Upon consideration of the statement in open court that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by December 8, 2016, the Court may deny this Motion without further notice.

Date: November 9, 2016

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)