IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alyce Jo Lentz<br>　　　　　　　　　Debtor | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8<br>　　　　　　　　　Movant<br>　　vs. | NO. 1:16-bk-01411 MDF<br><br>11 U.S.C. Section 362 |
| Alyce Jo Lentz<br>　　　　　　　　　Debtor | |
| Charles J. DeHart III<br>　　　　　　　　　Trustee | |

## AMENDED CERTIFICATE OF SERVICE

I, Thomas I. Puleo, attorney for Movant, do hereby certify that true and correct copies of the foregoing Praecipe to Withdraw with Concurrence has been served on January 23, 2017, by first class mail, and/or electronic means upon those listed below:

Debtor
Alyce Jo Lentz
610 Lowther Road
Lewisberry , PA 17319

Attorney for Debtor
Michael S. Travis, Esq.
3904 Trindle Road
Camp Hill, PA 17011

Trustee
Charles J. DeHart III, Esq.
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: January 23, 2017

**/s/ Thomas I. Puleo, Esquire**
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322; FAX (215) 627-7734
Attorney for Movant