**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 1:16-bk-01411-MDF** |
| **Alyce Jo Lentz** | : | **Chapter 13** |
| | : | **Judge Mary D. France** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **U.S. Bank National Association, as** | : | **Date and Time of Hearing** |
| **trustee, successor in interest to Bank of** | : | **Place of Hearing** |
| **America National Association, as trustee,** | : | **March 7, 2017 at 9:30 a.m.** |
| **successor by merger to LaSalle Bank** | : | |
| **National Association, as trustee for** | : | **Ronald Reagan Federal Building** |
| **Structured Asset Investment Loan Trust** | : | **228 Walnut Street** |
| **Mortgage Pass-Through Certificates,** | : | **Harrisburg, PA, 17101** |
| **Series 2004-8** | : | |

**Movant,**

vs

**Alyce Jo Lentz**

**Charles J. DeHart III**

**Respondents.**

**ORDER OF COURT**

AND NOW, to wit, this _____ day of _____, 20___, upon consideration of the Motion for Approval of Loan Modification filed by  U.S. Bank National Association, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-8  ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and the loan modification approved.

DATED: _____, 2017

_____

MARY D. FRANCE, JUDGE
UNITED STATES BANKRUPTCY COURT

16-009475_RNM