```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                    Case No. 16-01411-MDF
Alyce Jo Lentz                                            Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1      User: REshelman         Page 1 of 1     Date Rcvd: Feb 07, 2017
                          Form ID: nthrgreq       Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
```
db         +Alyce Jo Lentz,    610 Lowther Road,    Lewisberry, PA 17339-9525
cr         +U.S. BANK NATIONAL ASSOCIATION,    Aldridge Pite, LLP,    4375 Jutland Dr Suite 200,
             San Diego, CA 92117-3600
4772303    +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
4821793    +Nationstar Mortgage LLC,    Attention: Bankruptcy Department,    PO Box 619094,
             Dallas TX 75261-9094
4772304    +Newberry Township,    1915 Old Trail Rd,    Etters, PA 17319-9130
4772306     Valley Green HOA,    Po Box 822,    Lemoyne, PA  17043
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4772305         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2017 18:51:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4778550*      +Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    Structured Asset Investment Loan Trust
               amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
              Michael S Travis    on behalf of Debtor Alyce Jo Lentz Mtravislaw@comcast.net
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Alyce Jo Lentz
**Debtor(s)**

Chapter: 13

Case number: 1:16−bk−01411−MDF

Document Number: 48

U.S. Bank National Association, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass−Through Certificates, Series 2004−8
**Movant(s)**

Matter: Motion for Mortgage Modification

vs.

Alyce Jo Lentz
Charles J. DeHart III, Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on April 4, 2016.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date:** March 23, 2017<br>**Time:** 10:00 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **February 27, 2017**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: REshelman |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 7, 2017 |