Michael S. Travis
Attorney At Law
3904 Trindle Road
Camp Hill, PA 17011

Telephone (717) 731-9502
Fax (717) 731-9511

February 19, 2017

ELECTRONIC LETTER ONLY
United States Bankruptcy Court
Office of the Clerk
P.O. Box 908
228 Walnut Street
Harrisburg, PA 17108-0908

Re: Alyce Lentz, **Chapter 13 No. 1-16-01411 MDF**
*Change to Mailing Matrix*

To the Clerk:

The address on the mailing matrix to "Valley Green HOA, PO Box 822, Lemoyne, PA 17043" is incorrect. Please strike this address from the mailing matrix.

The new corrected name and address of the creditor is:

Valley Green HOA
PO Box 622
Lemoyne, PA 17043

A copy of the confirmation hearing Notice has been sent to this creditor at the above address. Please contact my office should you have any questions or concerns.

Very truly yours,

*Michael S. Travis*

Michael S. Travis
Attorney for Debtor(s)

MST
pc: creditor(s) (w/notice)