```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                        Case No. 16-01411-RNO
Alyce Jo Lentz                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: REshelman            Page 1 of 1            Date Rcvd: Mar 07, 2017
                                Form ID: pdf010            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db              +Alyce Jo Lentz,    610 Lowther Road,    Lewisberry, PA 17339-9525
4772303         +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
4821793         +Nationstar Mortgage LLC,    Attention: Bankruptcy Department,    PO Box 619094,
                  Dallas TX 75261-9094
4772304         +Newberry Township,    1915 Old Trail Rd,    Etters, PA 17319-9130
4772306         +Valley Green HOA,    PO Box 622,    Lemoyne, PA 17043-0622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4772305          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2017 19:19:25
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                  Harrisburg, PA   17128-0946
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                          Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
              Karina   Velter    on behalf of Creditor   Structured Asset Investment Loan Trust
               amps@manleydeas.com
              Michael S Travis    on behalf of Debtor Alyce Jo Lentz Mtravislaw@comcast.net
              Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 1:16-bk-01411-RNO |
| Alyce Jo Lentz | : Chapter 13 |
| | : |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| U.S. Bank National Association, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-8 | : |
| Movant, | |
| vs | |
| Alyce Jo Lentz | |
| Charles J. DeHart III | |
| Respondents. | |

## ORDER OF COURT

AND NOW, to wit, upon consideration of the Motion for Approval of Loan Modification filed by U.S. Bank National Association, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-8 ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and the loan modification approved.

Dated: March 7, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)