```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 16-01411-RNO
Alyce Jo Lentz                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: REshelman            Page 1 of 1          Date Rcvd: Mar 23, 2017
                             Form ID: orcnfpln          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
db          +Alyce Jo Lentz,    610 Lowther Road,    Lewisberry, PA 17339-9525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
      Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTUR bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      Joshua I Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      Karina  Velter    on behalf of Creditor   Structured Asset Investment Loan Trust amps@manleydeas.com
      Karina  Velter    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
      Michael S Travis    on behalf of Debtor Alyce Jo Lentz Mtravislaw@comcast.net
      Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTUR tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                              TOTAL: 8

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Alyce Jo Lentz | Chapter | 13 |
| Debtor(s) | Case No. | 1:16−bk−01411−RNO |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on January 24, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: March 23, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: REshelman, Deputy Clerk