IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| Alyce J. Lentz, | ) Chapter 13 |
|     Debtor | ) |
| | ) No. 16-01411 RNO |
| U.S. Bank, National Association, as Trustee | ) |
| successor in interest to Bank of America | ) |
| National Association, as Trustee, successor | ) |
| by merger to LaSalle Bank National | ) |
| Association, Trustee for Structured Asset | ) |
| Investment Loan Trust Mortgage Pass-Through | ) Stay Relief |
| Certificates, Series 2004-8 | ) |
| | ) |
| vs. | ) |
| | ) |
| Alyce Lentz | ) |
|     Debtor | ) |
| vs. | ) |
| Charles J. DeHart, III, | ) |
|     Trustee | ) |

### VERIFICATION

*I verify under penalty of perjury that the foregoing statements are true and correct.*

*/s/ Alyce Lentz*

_____
*Alyce Lentz, Debtor*

*Date: 8/3/17*