## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-01411-HWV** |
| **Alyce Jo Lentz** | : | **Chapter 13** |
| | : | **Judge Henry W. Van Eck** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **U.S. Bank National Association, as** | : | **Date and Time of Hearing** |
| **trustee, successor in interest to Bank of** | : | **Place of Hearing** |
| **America National Association, as trustee,** | : | **March 13, 2017 at 9:30 a.m.** |
| **successor by merger to LaSalle Bank** | : | |
| **National Association, as trustee for** | : | **Ronald Reagan Federal Building** |
| **Structured Asset Investment Loan Trust** | : | **228 Walnut Street** |
| **Mortgage Pass-Through Certificates,** | : | **Harrisburg, PA, 17101** |
| **Series 2004-8** | : | |
| **Movant,** | | |
| **vs** | | |
| | | |
| **Alyce Jo Lentz** | | |
| | | |
| **Charles J. DeHart III** | | |
| **Respondents.** | | |

### CERTIFICATE OF NON-CONCURRENCE

I, Karina Velter, Esquire, attorney for U.S. Bank National Association, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-8, do hereby certify that I did seek concurrence of Debtor's attorney, Michael S Travis, and the Chapter 13 Trustee, and that concurrence was not reached.

    /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.

16-009475_EJS1

Contact email is kvelter@manleydeas.com

16-009475_EJS1