LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Alyce Jo Lentz | : | CHAPTER **13** |
| | : | |
| Debtor(s) | : | CASE NO.: **16-01411** |
| | : | |
| | : | |
| U.S. Bank National Association, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-8 | : : : : : : : : | ADVERSARY NO. ___-____-ap-_____ (if applicable) Nature of Proceeding: **Motion for Relief from the Automatic Stay,** Document #: **69** |
| Plaintiff(s)/Movant(s) | | |
| vs | | |
| Alyce Jo Lentz | | |
| Charles J. DeHart III | | |
| Defendants(s)/Respondent(s) | | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Debtor needs additional time to provide proof of payments to Movant.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: __3/9/18_____    /s/ Karina Velter_____
                                  Attorney for U.S. Bank National Association, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as

16-009475_SCS2

trustee for Structured Asset Investment Loan
Trust Mortgage Pass-Through Certificates,
Series 2004-8 __
Name: _Karina Velter__
Phone Number: _614-220-5611__

16-009475_SCS2