```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-01411-HWV
Alyce Jo Lentz                                                      Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1       User: REshelman            Page 1 of 1            Date Rcvd: Apr 10, 2018
                           Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db         +Alyce Jo Lentz,    610 Lowther Road,    Lewisberry, PA 17339-9525
cr         +U.S. BANK NATIONAL ASSOCIATION,    Aldridge Pite, LLP,    4375  Jutland Dr Suite 200,
             San Diego, CA 92117-3600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
              Karina  Velter    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    Structured Asset Investment Loan Trust
               amps@manleydeas.com
              Michael S Travis    on behalf of Debtor 1 Alyce Jo Lentz Mtravislaw@comcast.net
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Alyce Jo Lentz | Case No.: 16-01411-HWV |
| | Chapter 13 |
| | Judge Henry W. Van Eck |
| Debtor(s) | * * * * * * * * * * * * * * * * * |
| | |
| U.S. Bank National Association, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-8 | Date and Time of Hearing Place of Hearing March 13, 2017 at 9:30 a.m. Ronald Reagan Federal Building 228 Walnut Street Harrisburg, PA, 17101 |
| Movant, | |
| vs | |
| Alyce Jo Lentz | |
| Charles J. DeHart III | |
| Respondents. | |

## ORDER OF COURT

Upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-8 ("Creditor"), it is hereby

**ORDERED** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the Real Property of Debtor located at 165 White Dogwood Drive, Etters, PA 17319 and more particularly described in the Mortgage, recorded March 2, 2004, at Instrument Number 2004019340.

Dated: April 10, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)