```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 16-01411-HWV
Alyce Jo Lentz                                                Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1       User: REshelman        Page 1 of 1         Date Rcvd: Jul 19, 2018
                           Form ID: fnldec        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
db             +Alyce Jo Lentz,    610 Lowther Road,    Lewisberry, PA 17339-9525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    Structured Asset Investment Loan Trust
               amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
              Michael S Travis    on behalf of Debtor 1 Alyce Jo Lentz Mtravislaw@comcast.net
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for STRUCTUR tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Alyce Jo Lentz, | Chapter 13 |
| **Debtor 1** | Case No. 1:16–bk–01411–HWV |

Social Security No.:
    xxx–xx–9867

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 19, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

**fnldec** (05/18)